IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MURCIA, | No. C 10-00734 CRB |
| Plaintiff, | **ARGUMENT ORDER** |
| v. | |
| RICKENBACKER COLLECTION SERVICES, | |
| Defendant. / | |

Having reviewed the parties' submissions regarding Kronick, Moskovitz, Tiedemann & Girard's Motion to Withdraw as Counsel (dkt. 43), it appears to the Court that it should enter Judgment in Plaintiff's favor pursuant to the terms of the Settlement Agreement. Counsel should be prepared to address this subject at the hearing on Friday, April 15, 2011.

**IT IS SO ORDERED.**

Dated: April 11, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\734\Briefing Order.wpd