1  JUNE D. COLEMAN, State Bar No. 191890
   jcoleman@kmtg.com
2  CANDICE L. FIELDS, State Bar No. 172174
   cfields@kmtg.com
3  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   A Law Corporation
4  400 Capitol Mall, 27th Floor
   Sacramento, CA  95814
5  Telephone:   916.321.4500
   Facsimile:   916.321.4555
6
   Attorneys for Defendant
7  RICKENBACKER COLLECTION SERVICES

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13 ANTHONY MURCIA,                          CASE NO.  C 10-00734 CRB

14        Plaintiff,                        [PROPOSED] ORDER GRANTING
                                            REQUEST TO APPEAR VIA TELEPHONE
                                            AT MOTION TO WITHDRAW AS
15 v.                                       DEFENSE COUNSEL

16 RICKENBACKER COLLECTION
   SERVICES,                                Date:  April 15, 2011
                                            Time: 10:00 a.m.
17        Defendant.                        Judge: Honorable Charles R. Breyer
                                            Location: 450 Golden Gate Avenue
18                                          Courtroom 8, 19th Floor,
                                            San Francisco, CA 94102
19

20        Permission is hereby granted for counsel of record for Defendant,

21 RICKENBACKER COLLECTION SERVICES, to participate by telephone at the Motion

22 to Withdraw as Defense Counsel scheduled for April 15, 2011, at 10:00 a.m.

23

24 Dated: __April 12, 2011_____        _____
                                            HONORABLE CHARLES R. BREYER
25                                          United States District Court
                                            Northern District of California, San Francisco Division
26

27                                   IT IS SO ORDERED

                                     Judge Charles R. Breyer

28

968675.1 12345.002                      - 1 -                    Case No. C 10-00734 CRB

[PROPOSED] ORDER GRANTING REQUEST TO APPEAR VIA TELEPHONE AT MOTION TO WITHDRAW AS
DEFENSE COUNSEL

KRONICK,
MOSKOVITZ,
TIEDEMANN &
GIRARD
ATTORNEYS AT LAW