**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MURCIA,

    Plaintiff,

v.

RICKENBACKER COLLECTION SERVICES,

    Defendant.

_____/

No. C 10-00734 CRB

**ORDER RE: JUDGMENT**

    Judgment will be entered in Plaintiff's favor against Defendant as set forth at a hearing on this matter on April 15, 2011.  This Judgment shall be effective May 15, 2011 or 30 days after Plaintiff provides Defendant's counsel with Plaintiff's tax identification number.

    **IT IS SO ORDERED.**

Dated: April 15, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\734\Judgment.wpd